## STATE v. FRANK (F. P.) CLOUGH.

(Filed 22 May, 1946.)

**Criminal Law § 77a—**

> Where the record fails to show the organization of the lower court and contains no indictment nor verdict, the appeal will be dismissed on motion of the Attorney-General.

APPEAL by defendant from *Olive, Special Judge,* at November Term, 1945, of DAVIDSON.

Criminal prosecution on charge of issuing checks in violation of the worthless check statute.

The Attorney-General moved to dismiss for the reasons set forth in written motion filed.

*Attorney-General McMullan and Assistant Attorneys-General Rhodes, Moody, and Tucker for the State.*

*Paul R. Raper for defendant, appellant.*

PER CURIAM. The organization of the court below is not made to appear. *S. v. Golden,* 203 N. C., 440, 166 S. E., 311; *S. v. McLamb,* 214 N. C., 322, 199 S. E., 81. No bill of indictment or trial in an inferior court from which defendant appealed, vesting the Superior Court with jurisdiction, is disclosed. *S. v. Patterson,* 222 N. C., 179, 22 S. E. (2d), 267. There is no verdict in the record. *Riggan v. Harrison,* 203 N. C., 191, 165 S. E., 358; *S. v. Golden, supra.* The motion of the Attorney-General to dismiss must be allowed.

Appeal dismissed.